TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ADRIANA D. GENCO
Assistant U.S. Attorney
Arizona State Bar No. 033397
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Adriana.Genco@usdoj.gov
Attorneys for Plaintiff

FILED ☒   LODGED ☐

Oct 08 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-01398-PHX-DWL (JZB) |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | **VIO:** 26 U.S.C. § 7201 (Tax Evasion) Count 1 |
| 1. Tiffany Cywinski, and | |
| 2. Timothy Cywinski, | |
| Defendants. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**BACKGROUND**

At all times relevant to this Information:

1. Defendants TIFFANY CYWINSKI and TIMOTHY CYWINSKI (the CYWINSKIS) were residents of Show Low, Arizona.

2. They were the owners and operators of the Cattlemen's Steakhouse and Lounge in Show Low, Arizona (the "Steakhouse"), between 2016 and 2020. During this time, TIFFANY CYWINSKI owned 50% of the Steakhouse, the other 50% was owned by TIMOTHY CYWINSKI.

3. The Steakhouse was organized as an S Corporation and gross revenues, expenses, and other tax-related information was required to be reported annually for the Steakhouse via Internal Revenue Service ("IRS") Tax Form 1120S. In addition, each owner's profit and/or losses were reported on IRS Schedule K-1, Partner's Share of Income, Deductions, Credits, etc. The reported profits or losses listed on the Schedule K-1 were required in order to prepare the CYWINSKIS' IRS Form 1040, U.S. Individual Income Tax Return, which they filed jointly.

4. The CYWINSKIS used the services of a Certified Public Accountant ("CPA") to prepare the Steakhouse income taxes and their individual income taxes. The CYWINSKIS concealed and underreported to their accountant gross receipts on their Form 1120s, which resulted in an underpayment of taxes on their Form 1040 return.

5. Business income was understated by the CYWINSKIS in four ways: (1) most restaurant cash payments were deleted or "zeroed out" from the Steakhouse's point of sale (POS) system; (2) cash and checks for large group and holiday parties were deposited into a personal bank account that the CPA never saw or included as restaurant revenue; (3) other restaurant sales were routed to a Square account, a separate POS system, that was linked only to the CYWINSKIS' personal checking account, and (4) certain personal expenses for groceries and Amazon purchases were reported to the CPA as business expenses.

**COUNT ONE**
**Tax Evasion**
**(26 U.S.C. § 7201)**

8. On or about May 11, 2021, in the district of Arizona, TIFFANY CYWINSKI AND TIMOTHY CYWINSKI, residents of Show Low, Arizona, willfully attempted to evade and defeat income tax due and owing by them to the United States of America, for the calendar year 2020, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service. On that tax return, the CYWINSKIS

reported and caused to be reported that their joint taxable income was $207,114, and that the amount of tax due and owing was $34,459. In fact, as the CYWINSKIS knew, the CYWINSKIS had joint taxable income from the Steakhouse for calendar year 2020 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

Dated this __7th__ day of October, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ADRIANA D. GENCO
Assistant U.S. Attorney